**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

U.S. Foodservice, Inc.,                                   Civil No. 11-2128 (RHK/TNL)

      Plaintiff,                                          **ORDER**

vs.

Signature Classics, Inc., d/b/a
Classic Market Café, and Jeffrey Sampson,
individually,

      Defendants.

---

Based upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. No. 4), **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety**.** Each party shall bear their own costs and attorneys' fees.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 23, 2011

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge